```
BENJAMIN C. MIZER
United States Department of Justice
Principal Deputy Assistant Attorney General,
Civil Division
WILLIAM C. PEACHEY
Office of Immigration Litigation
Director, District Court Section
KATHERINE M. GOETTEL,
Office of Immigration Litigation
Senior Litigation Counsel, District Court Section
GLADYS M. STEFFENS GUZMÁN
Office of Immigration Litigation
Department of Justice, Civil Division
Trial Attorney, District Court Section
450 5th Street, NW
Washington, DC 20001
Telephone: (202) 305-7181
Facsimile: (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SADIQA HAMIDI,<br><br>           Plaintiff,<br><br>vs.<br><br>LORETTA E. LYNCH, United States Attorney General, *et al.*,<br><br>           Defendants. | Case No. 3:15-civ-04304-RS<br><br>Hon. Richard Seeborg<br><br>ORDER<br>JOINT STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO THE COMPLAINT UNTIL **JUNE 13, 2016**<br><br>**IMMIGRATION CASE** |

Under Federal Rule of Civil Procedure 6(b), the parties, through undersigned counsel, hereby stipulate to extend the time in which Defendants must answer or otherwise respond to the Complaint up to and including Monday, June 13, 2016. The grounds for this motion are as follows:

1. Plaintiff, Sadiqa Hamidi ("Plaintiff") is a citizen of the United States and a resident of Alameda County in California, and is married to Mr. Sardar Agha Sher ("Sher"),[1] a native and citizen of Afghanistan.

2. On July 25, 200, Plaintiff filed an immigrant visa petition on behalf of her husband with the California Service Center of the United States Citizenship & Immigration Services ("USCIS").

3. On Friday, July 14, 2009, the Embassy denied the application, citing 8 U.S.C. § 1201(g). The Embassy instructed Mr. Sher to submit additional documents and information if he wished to for his application to be considered. *See* Exhibit A (Declaration).

4. On September 21, 2015, Plaintiff filed the instant complaint seeking relief under the Administrative Procedure Act and a writ of mandamus to compel the United States Citizenship and Immigration Services ("USCIS") to adjudicate her husband's immigrant visa application.

5. Thereafter, on January 6, 2016, the Embassy e-mailed the beneficiary requesting him to complete an electronic visa application, Form DS-260. *See* Exhibit A (Declaration). Mr. Hamidi is currently working on his completing his application.

6. Defendants' Answer was originally due in this Court on February 29, 2016, but the Court granted Defendants' unopposed request for an extension of time until April 21, 2016. *See* Exhibit B (Endorsed Order granting Defendants' first request for extension of time).

7. In order to allow Plaintiff sufficient time to provide the additional required documentation requested by the Embassy, and to give the United States Department of State adequate time to evaluate this information and issue a decision on the application for a visa, the parties stipulate that the Court re-set the date for Defendants to answer or otherwise respond to the Complaint to Monday, June 13, 2016.

8. This stipulation is filed in good faith and not for the purpose of undue delay, and will not impact the schedule of this case.

---

[1] The Consular Consolidated Database of the U.S. Department of State reflects that the beneficiary's name was later corrected from "Sher" to "Shir." Exh. A at ¶ 3. Because Ms. Hamidi refers to her husband throughout the complaint as "Sher," Defendants will refer to the beneficiary as "Sher" as well.

DATED: April 21, 2016

Respectfully submitted,

BENJAMIN C. MIZER
United States Department of Justice
Principal Deputy Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Office of Immigration Litigation
Director, District Court Section

KATHERINE M. GOETTEL
Office of Immigration Litigation
Senior Litigation Counsel,
District Court Section

*/s/ Wahida Noorzad*
WAHIDA NOORZAD
SAAD AHMAD & ASSOCIATES
39111 Paseo Padre Parkway, Suite 217
Freemont, CA 94538
Telephone: (510) 713-9847

Attorney for Plaintiff

*/s/ Gladys M. Steffens Guzman*
GLADYS M. STEFFENS GUZMAN
Office of Immigration Litigation
Department of Justice, Civil Division
Trial Attorney, District Court Section
450 5th Street, NW
Washington, DC 20001
Telephone: (202) 305-7181
Facsimile: (202) 305-1890
E-Mail: gladys.steffens-guzman@usdoj.gov
Attorneys for Defendants

### [proposed] ORDER

This matter comes before the Court on the parties' Joint Stipulation To Extend Time In Which To Respond To The Complaint Until **June 13, 2016**.

IT IS HEREBY ORDERED that for good cause shown, the Joint Stipulation is GRANTED.

IT IS HEREBY FURTHER ORDERED that the time for Defendants to answer the Complaint or otherwise plead be extended until Monday, June 13, 2016.

IT IS SO ORDERED.

Dated: 4/22/16

*/s/ Richard Seeborg*
HON. RICHARD SEEBORG
United States District Judge